# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In Re:                                                                          *
    VANESSA E. HALL,                                          *   Case No. 18-22504-NVA
        Debtor                            *   Chapter 13
*********************************************************

## AFFIDAVIT

I hereby swear and affirm, under penalty of perjury, that I have experienced a material hardship due, directly or indirectly, to the coronavirus disease 2019 (COVID-19) pandemic.

My hours at my job were limited due to the pandemic, severely limiting my income.

Although I was earning enough to cover my plan payments, which were withheld from my paycheck, I was unable to maintain my monthly mortgage payments.

I am now back at work full time and I am able to maintain my plan payments and my ongoing monthly mortgage payments but I am not able to cure the post-petition default directly.

                                       /s/ Vanessa E. Hall
                                       Vanessa E. Hall