IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                                                                            *
    VANESSA E. HALL,                                      *   Case No. 18-22504-NVA
        Debtor                                                 *   Chapter 13
*******************************************************

## NOTICE OF MOTION TO MODIFY
## CHAPTER 13 PLAN AFTER CONFIRMATION

      A motion was filed on behalf of the debtor to modify the Chapter 13 Plan that has been confirmed in this case. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one. A copy of the motion and proposed modified plan is attached.

If you do not want the court to grant the motion to modify the Chapter 13 Plan, or if you want the court to consider your views on the motion, then by **November 17, 2020** (parties served by mail may add three (3) additional days to the response deadline) you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to the debtor, debtor's counsel (if applicable), trustee and other related parties in accordance with Federal Bankruptcy Rule 3015(g).

    If you file a timely response to the motion, the hearing on the motion will take place on

**Tuesday, December 1, 2020 at 10:00 am**

**In Courtroom 2-A
United States Bankruptcy Court
101 W Lombard Street
Baltimore, MD 21201**

      If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise rule on the motion without a hearing.

Dated:    October 20, 2020            /s/David B. Mintz
                                                        David B. Mintz, Federal Bar number 14508
                                                        Law Office of David B. Mintz, PC
                                                        10632 Little Patuxent Parkway, Suite 249
                                                        Columbia, MD 21044
                                                        (443) 832-6060
                                                        (443) 832-6061 (Facsimile)
                                                        dmintz@dmintalaw.com

                                                        Counsel for Debtor/Movant