| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 18-22504<br>District of Maryland<br>Baltimore<br>Tue Oct 20 18:15:57 EDT 2020 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 | Center for Pain Management<br>PO Box 74166<br>Cleveland, OH 44194-4166 |
| Central Credit Services, LLC<br>7831 Glenroy Road, Ste 250<br>Minneapolis, MN  55439-3117 | (p)CITIFINANCIAL<br>BANKRUPTCY FORECLOSURE UNIT<br>1000 TECHNOLOGY DRIVE<br>OFALLON MO 63368-2239 | Comprehensive Pain Center<br>8894 Stanford Blvd, Suite 104<br>Columbia, MD 21045-5161 |
| (p)COMPTROLLER OF MAYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2396 | Elizabeth C. Jones, Esquire<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 | First Federal Credit C<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122-5662 |
| Vanessa E. Hall<br>8880 Baltimore Street<br>Savage, MD 20763-9701 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Michael Scott Friedman, Esquire<br>Office of the Attorney General<br>300 West Preston Street, Room 406<br>Baltimore, MD 21201-2309 |
| David B. Mintz<br>Law Office of David B. Mintz, PC<br>10632 Little Patuxent Pkwy<br>Suite 249<br>Columbia, MD 21044-6206 | Scott Elliot Nadel<br>Law Office of Jeffrey Nadel<br>4041 Powder Mill Road<br>Suite 200<br>Calverton, MD 20705-3106 | Office of Law<br>Howard County, Maryland<br>3430 Courthouse Drive<br>Ellicott City, MD 21043-4300 |
| R & R Prfssnl Recovery<br>PO Box 21575<br>Pikesville, MD 21282-1575 | Spine and Pain<br>P.O. Box 74168<br>Cleveland, OH 44194-4168 | State of MD Central Collection Unit<br>300 West Preston Street, 5th Fl<br>Baltimore, MD 21201-2308 |
| State of Maryland Central Collection Unit<br>300 W. Preston Street<br>Baltimore, MD 21201-2308 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Robert S. Thomas II<br>300 E Joppa Road, Suite 409<br>Towson, MD 21286-3005 | U.S. Bank Trust, N.A., as Trustee for LSF9 M<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | Universal Collction Sv<br>5707 Calverton St Ste 2a<br>Baltimore, MD 21228-1772 |

```
Verizon                             (p)WELLS FARGO BANK NA
by American InfoSource as agent     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
PO Box 248838                       ATTN BANKRUPTCY DEPT MAC X7801-014
Oklahoma City, OK  73124-8838       3476 STATEVIEW BLVD
                                    FORT MILL SC 29715-7203
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citifinancial                       Comptroller of Maryland             (d)Comptroller of the Treasury
300 Saint Paul Pl                   Revenue Administration Division     Compliance Division, Room 409
Baltimore, MD 21202                 110 Carroll Street                  301 W. Preston Street
                                    Annapolis, MD 21411                 Baltimore, MD 21201


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Caliber Home Loans, In           (u)U.S. Bank Trust, N.A., as Trustee for LSF9    End of Label Matrix
INVALID ADDRESS PROVIDED            c/o Caliber Home Loans, Inc.                     Mailable recipients    31
                                    13801 Wireless Way, Oklahoma City OK 731         Bypassed recipients     2
                                                                                     Total                  33
```