B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Maryland

In re  **Vanessa E. Hall**　　　　　　　　　　　　　　　　　　　　　　Case No. **18-22504-NVA**
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　Chapter **13**

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 5,725.00 |
   | Prior to the filing of this statement I have received | $ 4,625.00 |
   | Balance Due | $ 1,100.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor   ☑ Other (specify):   **$2,000 received from Debtor pre-petition**
   　　　　　　　　　　　　　　　　　　　**$2,625 received from Chapter 13 Trustee**

3. The source of compensation to be paid to me is:

   ☐ Debtor   ☑ Other (specify):   **Chapter 13 Trustee**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Local Rules Appendix F, Paragraph 4B applies and, as supplemented by Administrative Order 20-13, paragraphs 4E(1) and (2) also apply:**

      **"representation of the debtor for all matters in the main case. However, counsel may by application request approval of additional fees for work done upon matters that were not reasonably expected and that are extraordinary."**

      **"filing a motion to approve a CARES Act Plan Modification" and**

      **"an additional two years" of representation for "additional work on behalf of the debtor during the extended period permitted by any Order approving a CARES Act Plan Modification in a case in which the attorney was engaged pursuant to the terms of Section 4(B) of Appendix F."**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Anything not covered under Local Rules Appendix F (as supplemented by administrative Order 20-13) Paragraphs 4B, 4E(1) and 4E(2)**
   **including but not limited to:**
   **Representation of the debtors in any dischargeability actions, or any other adversary proceeding.**

In re   **Vanessa E. Hall**                                                                                    Case No.   **18-22504-NVA**
                                   Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 20, 2020** | **/s/ David B. Mintz** |
| *Date* | **David B. Mintz 14508** |
| | *Signature of Attorney* |
| | **Law Office of David B. Mintz, PC** |
| | **10632 Little Patuxent Parkway** |
| | **Suite 249** |
| | **Columbia, MD 21044** |
| | **(443) 832-6060  Fax: (443) 832-6061** |
| | **dmintz@dmintzlaw.com** |
| | *Name of law firm* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2020, copies of the foregoing *Amended Disclosure Of Compensation Of Attorney For Debtor(s)* was delivered through the court's CM/ECF electronic mail (Email) system to Chapter 13 Trustee, Robert S. Thomas, II at ECF@ch13balt.com and rthomas13@ecf.epiqsystems.com.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/David B. Mintz
　　　　　　　　　　　　　　　　　　　　　　　　　　David B. Mintz